UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANNE WHITE-LESLIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. 10-cv-911-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, an Administrative Law Judge ("ALJ") shall obtain supplemental testimony from a medical expert to ascertain if onset of disability could have occurred prior to the first recorded medical examination pursuant to Social Security Ruling 83-20. The portion of

REPORT AND RECOMMENDATION
PAGE - 1

the ALJ's decision finding plaintiff disabled as of August 26, 2005, will not be disturbed on remand.

A proposed order accompanies this Report and Recommendation.

DATED this 27th day of October, 2010.

／s／ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2