UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANNE WHITE-LESLIE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. 10-cv-911-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation (Dkt. # 21) of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation. This action is DISMISSED.

//

//

//

ORDER
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 2nd day of November, 2010.

*(signed)* Richard A. Jones

The Honorable Richard A. Jones
United States District Judge